Leon E. PROCTOR, Sr.

v.

Shirley LARKIN.

Supreme Judicial Court of Maine.

Argued June 11, 1987.
Decided June 29, 1987.

Ray R. Pallas (orally), Jackson & Pallas, Westbrook, for plaintiff.

William J. Kayatta, Jr. (orally), Pierce, Atwood, Scribner, Allen, Smith & Lancaster, Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Leon E. Proctor, Sr. appeals from a judgment of the Superior Court, Cumberland County, entered for the defendant Shirley Larkin after a jury trial on Proctor's complaint seeking damages for injuries claimed to have been caused by Larkin's negligent operation of a motor vehicle. We reject Proctor's contention that the evidence did not support the verdict and that therefore the trial court erred in denying Proctor's motion for a new trial. The record reveals that although the parties' testimony was conflicting, the jury rationally could conclude that Proctor failed to carry his burden of proof that Larkin was negligent. *See Burtchell v. Willey*, 147 Me. 339, 344, 87 A.2d 658, 661 (1952).

The entry is:

Judgment affirmed.

All concurring.